```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 12922
    LVEE T JOHNSON
    MECHELL C ROACHE                           CHAPTER 13

                                               JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-6591    SSN XXX-XX-6119

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/21/2008 and was not confirmed.

     The case was dismissed without confirmation 08/04/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
--------------------------------------------------------------------------------
BANK OF AMERICA            SECURED VEHIC          .00          .00           .00
CONSUMER PORTFOLIO SERV    SECURED VEHIC    12544.00          .00           .00
CONSUMER PORTFOLIO SERVI   UNSECURED       NOT FILED          .00           .00
IL STATE DISBURSEMENT UN   DSO ARREARS     NOT FILED          .00           .00
ILLINOIS DEPT OF REVENUE   PRIORITY        NOT FILED          .00           .00
AFNI INC                   UNSECURED       NOT FILED          .00           .00
GE MONEY BANK              UNSECURED       NOT FILED          .00           .00
ROUNDUP FUNDING LLC        UNSECURED          825.93          .00           .00
CAPITAL ONE                UNSECURED         1592.04          .00           .00
METABANK                   UNSECURED          502.21          .00           .00
CENTRAL CREDIT UNION OF    UNSECURED          407.36          .00           .00
CHASE BANK                 UNSECURED       NOT FILED          .00           .00
CITY OF CHICAGO PARKING    UNSECURED          280.00          .00           .00
CREDIT MANAGEMENT INC      UNSECURED       NOT FILED          .00           .00
CREDIT MANAGEMENT INC      UNSECURED       NOT FILED          .00           .00
PREMIER BANCARD CHARTER    UNSECURED          451.44          .00           .00
GLOBAL PAYMENTS            UNSECURED       NOT FILED          .00           .00
COMMONWEALTH EDISON        UNSECURED         1795.06          .00           .00
HARVARD COLLECTION SERVI   UNSECURED       NOT FILED          .00           .00
HSBC TAXPAYER FINANCIAL    UNSECURED          700.20          .00           .00
IC SYSTEMS                 UNSECURED       NOT FILED          .00           .00
ILLINOIS COLLECTION SE     UNSECURED       NOT FILED          .00           .00
ISAC                       UNSECURED          201.26          .00           .00
MEDICAL COLLECTIONS SYS    UNSECURED       NOT FILED          .00           .00
NCO FINANCIAL SERVICES     UNSECURED       NOT FILED          .00           .00
NCO FINANCIAL SYSTEMS      UNSECURED       NOT FILED          .00           .00
PINNACLE FINANCIAL         UNSECURED       NOT FILED          .00           .00
PAY DAY LOAN STORE         UNSECURED       NOT FILED          .00           .00
RJM AQUISITIONS FUNDING    UNSECURED           81.94          .00           .00
RMI/MCSI                   UNSECURED          250.00          .00           .00
SHIRLEY STEWART            NOTICE ONLY     NOT FILED          .00           .00
CHANTEL BATTLE             NOTICE ONLY     NOT FILED          .00           .00
ASSET ACCEPTANCE LLC       UNSECURED          384.51          .00           .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT       4.00          .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      3,500.00                        .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 12922 LVEE T JOHNSON & MECHELL C ROACHE
```

```
TOM VAUGHN                    TRUSTEE                                          .00
DEBTOR REFUND                 REFUND                                           .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                             .00

PRIORITY                                                  .00
SECURED                                                   .00
UNSECURED                                                 .00
ADMINISTRATIVE                                            .00
TRUSTEE COMPENSATION                                      .00
DEBTOR REFUND                                             .00
                              ---------------       ---------------
TOTALS                              .00                   .00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 11/19/08                         /s/ Tom Vaughn
                                        _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE